J. EDWARD KERLEY (State Bar No. 175695)
HEREFORD KERLEY LLP
1939 Harrison Street, #500
Oakland, California 94612
Telephone: (510) 379-5801
Facsimile: (510) 228-0350

Attorneys for Plaintiffs
JIM and SHIRLEY GARRISON

CYNTHIA L. MELLEMA (State Bar No. 122798)
JEFFRY BUTLER (State Bar No. 180936)
ASLAN BANANZADEH (State Bar No. 262608)
DENTONS US LLP
525 Market Street, 26th Floor
San Francisco, California 94105
Telephone: (415) 882-5000
Facsimile: (415) 882-0300
Email:   cynthia.mellema@dentons.com
         jeffry.butler@dentons.com
         shawn.bananzadeh @dentons.com

Attorneys for Defendant
ALLSTATE INSURANCE COMPANY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| JIM GARRISON, an individual, and SHIRLEY GARRISON, an individual,<br><br>        Plaintiffs,<br>   vs.<br><br>ALLSTATE INSURANCE COMPANY, an Illinois Corporation, and DOES 1 through 10,<br><br>        Defendants. | CASE NO. 2:13-CV-02000-TLN-KJN<br><br>**JOINT OBJECTION AND STIPULATION TO MODIFY PRETRIAL SCHEDULING ORDER; ORDER** |

The parties, by and through their respective counsel of record, hereby jointly object to the Court's January 29, 2014 Pretrial Scheduling Order (Docket No. 8) and stipulate as follows and respectfully request the Court approve and give effect to their stipulation:

1. In its Pretrial Scheduling Order, the Court set discovery deadlines in this action as follows:

   Non-expert discovery cut-off   August 15, 2014

   Expert disclosures   October 16, 2014

2. Counsel for the parties have conferred regarding their respective calendars and it is understood that counsel for Allstate has conflicts that require additional time for Allstate to complete discovery and expert disclosures in this matter.  As a result, Plaintiff's counsel will stipulate to revision of the discovery deadlines.

3. Continuing the discovery deadlines as proposed will require no change to any other deadline or date in the Court's Pretrial Scheduling Order.

Based on these facts, the parties agree and stipulate that the discovery deadlines should extended as follows:

   Non-expert discovery cut-off   October 10, 2014

   Expert disclosures   December 10, 2014

All other dates and deadlines, including but not limited to the trial date, shall remain as stated in the Court's January 29, 2014 Scheduling Order.

IT IS SO STIPULATED.

Dated:  February 10, 2014   HEREFORD KERLEY LLP


By: _____/s/_____
  J. EDWARD KERLEY
Attorneys for Plaintiffs
JIM and SHIRLEY GARRISON


Dated:  February 10, 2014   DENTONS US LLP


By: _____/s/_____
  JEFFRY BUTLER
Attorneys for Defendants
ALLSTATE INSURANCE COMPANY

# ORDER MODIFYING PRETRIAL SCHEDULING ORDER

Based on the parties' stipulation, the Court hereby orders that that the discovery deadlines in this case shall be:

    Non-expert discovery cut-off    October 10, 2014

    Expert disclosures    December 10, 2014

All other dates and deadlines in this case shall remain as stated in the Court's January 29, 2014 Pretrial Scheduling Order.

Dated: February 11, 2014

_____
Troy L. Nunley
United States District Judge