J. EDWARD KERLEY (State Bar No. 175695)
DYLAN SCHAFFER (State Bar No. 153612)
HEREFORD KERLEY LLP
1939 Harrison Street, #500
Oakland, California 94612
Telephone: (510) 379-5801
Facsimile: (510) 228-0350

Attorneys for Plaintiffs
JIM and SHIRLEY GARRISON

CYNTHIA L. MELLEMA (State Bar No. 122798)
JEFFRY BUTLER (State Bar No. 180936)
MEGAN BARKER (State Bar No. 245991)
DENTONS US LLP
525 Market Street, 26th Floor
San Francisco, California 94105
Telephone: (415) 882-5000
Facsimile: (415) 882-0300
Email:     cynthia.mellema@dentons.com
           jeffry.butler@dentons.com
           megan.barker@dentons.com

Attorneys for Defendant
ALLSTATE INSURANCE COMPANY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| JIM GARRISON, an individual, and SHIRLEY GARRISON, an individual,<br><br>        Plaintiffs,<br>  vs.<br><br>ALLSTATE INSURANCE COMPANY, an Illinois Corporation, and DOES 1 through 10,<br><br>        Defendants. | CASE NO. 2:13-CV-02000-TLN-KJN<br><br>**JOINT STIPULATION TO MODIFY PRETRIAL SCHEDULING ORDER TO EXTEND REBUTTAL EXPERT DISCLOSURE DEADLINE; ORDER** |

1  The parties, by and through their respective counsel of record, hereby stipulate to the
2  following modification of the Court's January 29, 2014 Pretrial Scheduling Order (Docket No. 8)
3  and February 11, 2014 Order Modifying Pretrial Scheduling Order (Docket No. 10) and
4  respectfully request the Court approve and give effect to their stipulation:

5  1. As required by the Court's February 11 order, the parties designated their respective
6  expert witnesses on December 10, 2014.  Under the Court's scheduling orders, the parties are to
7  designate any rebuttal expert witnesses within 20 days after the initial designation.  Consequently,
8  the parties designated rebuttal expert witnesses are due on December 30, 2014.

9  2.  Counsel for the parties have conferred regarding their respective calendars and given
10  the upcoming holidays, the parties require additional time to complete rebuttal expert witness
11  designations.

12  Based on these facts, the parties agree and stipulate that the deadline to disclose rebuttal
13  expert witnesses should be extended to January 30, 2015.

14  All other dates and deadlines, including but not limited to the trial date, shall remain as stated
15  in the Court's January 29, 2014, Pretrial Scheduling Order.

16  IT IS SO STIPULATED.

Dated:  December 12, 2014          HEREFORD KERLEY LLP


By: _____/S/_____
   DYLAN SCHAFFER
Attorneys for Plaintiffs
JIM and SHIRLEY GARRISON


Dated:  December 12, 2014          DENTONS US LLP



By: _____/S/_____
   JEFFRY BUTLER
Attorneys for Defendants
ALLSTATE INSURANCE COMPANY

CASE NO. 2:13-CV-02000-TLN-KJN          -2-          JOINT STIPULATION TO EXTEND
                                                    EXPERT DISCOVERY; ORDER

**ORDER MODIFYING PRETRIAL SCHEDULING ORDER**

Based on the parties' stipulation, the Court hereby orders that that deadline to disclose rebuttal expert witnesses shall be extended to January 30, 2015.

All other dates and deadlines in this case shall remain as stated in the Court's January 29, 2014, Pretrial Scheduling Order.

Dated: December 16, 2014

_____
Troy L. Nunley
United States District Judge